JACK E. BUCHANAN, ESQ.
Nevada Bar No. 11069
BUCHANAN DEFENSE LAW
300 S. Maryland Parkway
Las Vegas, NV 89101
702-382-9103
Jack@BDLNV.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00264-KJD-VCF |
|---|---|
| Plaintiff, | |
| -vs- | Order: |
| JACQUELINE MARTINEZ, | **Stipulation to Continue Sentencing (first request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, United States Attorney, and KIMBERLY SOKOLICH, Assistant United States Attorney, counsel for the United State of America, and JACK E. BUCHANAN, ESQ., attorney for Defendant, JACQUELINE MARTINEZ, that the sentencing hearing scheduled for January 18, 2022, be vacated and set to a time convenient for the Court, or in no less than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant needs additional time to prepare for sentencing, meet and confer with his client, and prepare additional supporting documents for the sentencing hearing.

2. That Counsel for the Defendant and the Government have met and conferred regarding this continuance request and believe it is necessary.

3. Defendant Martinez is detained and agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for a continuance of the sentencing.

///

///

DATED this 13th day of January, 2022.

  /s/ Jack Buchanan                              ___/s/ Kimberly Sokolich_____
JACK E. BUCHANAN, ESQ.                KIMBERLY SOKOLICH
Counsel for Defendant, HOYE            Assistant U.S. Attorney

## I.     Order

IT IS ORDERED that the Sentencing Hearing currently scheduled for January 18, 2022, is hereby vacated and continued to March 8, 2022, at the hour of 10:30 a.m..

IT IS SO ORDERED

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

DATED: __1/13/2022_____