1  JACK E. BUCHANAN, ESQ.
   Nevada Bar No. 11069
2  BUCHANAN DEFENSE LAW
   300 S. Maryland Parkway
3  Las Vegas, NV 89101
   702-382-9103
4  Jack@BDLNV.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00264-KJD-VCF |
|---|---|
| Plaintiff, | |
| -vs- | **Stipulation to Continue Sentencing (second request)** |
| JACQUELINE MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, United States Attorney, and KIMBERLY SOKOLICH, Assistant United States Attorney, counsel for the United State of America, and JACK E. BUCHANAN, ESQ., attorney for Defendant, JACQUELINE MARTINEZ, that the sentencing hearing scheduled for March 8, 2022, be vacated and set to a time convenient for the Court, or in no less than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. A revised Pre-Sentence Report is being prepared for this Court and all parties, and as such, Counsel, nor the Government has yet to receive it.
2. Counsel and the Government believe the production of the revised PSR is imminent, however, Counsel for the Defendant would like an opportunity to review it once received, and also meet with the Defendant at the Federal facility to review it in person and further prepare for sentencing.
3. Defense Counsel also intends to prepare and file additional supporting documents for the sentencing hearing.
4. Defendant Martinez is detained and agrees to the continuance.
5. The Government does not oppose this request.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is the second request for a continuance of the sentencing.

DATED this 28th day of February, 2022.

_/s/ Jack Buchanan_____          ___/s/ Kimberly Sokolich_____
JACK E. BUCHANAN, ESQ.                      KIMBERLY SOKOLICH
Counsel for Defendant, MARTINEZ             Assistant U.S. Attorney

## I.  Order

IT IS ORDERED that the Sentencing Hearing currently scheduled for March 8, 2022, is hereby vacated and continued to April 12, 2022, at the hour of 9:00 A.M.

IT IS SO ORDERED

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

DATED: 3/1/2022

2