JACK. E. BUCHANAN, ESQ.
Nevada Bar #11069
BUCHANAN DEFENSE LAW
300 S. MARYLAND PARKWAY
LAS VEGAS, NV  89101
Attorney for Defendant MARTINEZ
Jack@BDLNV.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No:  2:20-CR-00264-KJD-VCF |
| vs. | ) |
| | ) |
| JACQUELINE MARTINEZ, | ) |
| | ) |
| Defendant. | ) **ORDER ON DEFENDANT MARTINEZ** |
| | ) **REQUEST FOR PERMISSION TO** |
| | ) **TRAVEL OUTSIDE THE UNITED** |
| | ) **STATES** |

**ORDER**

Pending before the Court is Defendant Martinez's Motion to Request for Permission to Travel Outside the United States. (Dkt. No. 237)  After reviewing the Motion, the Response from the United States Government and the record before the Court, the request is hereby Granted.

IT IS SO ORDERED

_____

THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

DATED: February 11, 2026